Opinion issued June 6, 2002


 

 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00202-CV

____________


SOHAIL AKBER ALI, D/B/A DOLLAR WORLD, Appellant


V.


WALGREEN CO., Appellee






On Appeal from the CountyCivil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 763469






O P I N I O N

 According to information provided by the district clerk, this is an appeal from
a judgment signed on January 2, 2002. The notice of appeal was filed on January 25,
2002. 

 On May 13, 2002, the Court issued an order stating as follows:


This Court's records do not affirmatively show that appellant has paid
the appellate filing fee of $125. See Tex. R. App. P. 5; Order Regarding
Fees Charged in Civil Cases in the Supreme Court and the Courts of
Appeals, Misc. Docket No. 98-9120 (Tex. July 21, 1998) Tex. Gov't
Code Ann. 51.207(a) (Vernon Supp. 2000). Each party or parties filing
a notice of appeal are required to pay the appellate filing fee. Unless
within 15 days of the date of this Order appellant pays such filing fee to
the Clerk of this Court, the appeal will be dismissed. See Finley v. J.C.
Pace Ltd., 4 S.W.3d 319, 321-22 (Tex. App.- Houston [1st Dist.] 1999)
(order); Negrini v. Smith, Nelson & Clement P.C., 998 S.W.2d 362, 363
(Tex. App.- Houston [1st Dist.] 1999, no pet.). 


 As of the date of this opinion, appellant has not paid the filing fee.


 Accordingly, the appeal is dismissed for want of prosecution. See Tex. R. App.
P. 5; 42.3(b), (c).

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.